IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MEDFORCE MANAGEMENT, LLC
D/B/A WILLOW CREEK RETIREMENT CENTER    CASE NO. 05-00150

## ORDER EXTENDING THE EXCLUSIVITY PERIOD

THIS CAUSE is before the Court for consideration in connection with the above referenced Debtor-in-Possession's Motion to Extend Periods of Exclusivity (the "Motion"), and the Court having heard and considered said Motion, and there being no objections filed herein to said Motion, finds, orders and adjudicates as follows, to-wit:

1. This Court has jurisdiction over the subject matter herein and the parties hereto.

2. Notice was adequate and appropriate under the circumstances and no objections and/or responses were filed to the Motion. This is a core proceeding.

3. That the time for filing the Plan of Reorganization and a Disclosure Statement, together with the time within which to obtain confirmation of the Plan of Reorganization is extended for sixty (60) days until and including July 11, 2005.

SO ORDERED this the _____ day of June, 2005.

HON. EDWARD ELLINGTON
UNITED STATES BANKRUPTCY JUDGE
SOUTHERN DISTRICT OF MISSISSIPPI

Order Prepared By:

Melanie T. Vardaman, Esq. (MS Bar # 100392)
HARRIS & GENO, PLLC
587 Highland Colony Parkway
PO Box 3380
Ridgeland, MS 39158-3380
601-427-0048 - Telephone
601-427-0050 - Facsimile