IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **MEDFORCE MANAGEMENT, LLC**
         Case No. 05-00150

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 2 6 2005

CHARLENE J. KENNEDY, **CLERK**
BY _____ DEPUTY

**ORDER FIXING TIME FOR HEARING ON THE
DISCLOSURE STATEMENT COMBINED
WITH NOTICE OF HEARING**

This Court, having considered the proposed Disclosure Statement filed by the Debtor-in-Possession on August 3, 2005, pursuant to §1125(b), it is

**ORDERED** that a copy of the proposed Disclosure Statement and Plan of Reorganization shall be transmitted to all creditors, shareholders and parties in interest; and it is further

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** a hearing shall be held on **Tuesday** the **11th** day of **October, 2005**, at **1:30 P.M.** at the **Bankruptcy Courtroom, 100 East Capitol Street, Room 106, Jackson, Mississippi**, to consider and to rule on the adequacy of the information contained in the proposed Disclosure Statement and to hear any other matters properly before this Court; and it is further

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** any person objecting to the adequacy of the information contained in said Disclosure Statement or desiring to propose modification thereto shall submit such objections or proposed modifications to the Court, in writing, on or before the **6th** day of **October, 2005**, and shall serve a copy thereof upon the debtor's attorney, **Hon. Craig Geno, Post Office Box 3380, Ridgeland, MS 39158-3380**.

**ORDERED** that the attorney for the Debtor-in-Possession shall cause to be mailed a copy of this Order to each creditor, shareholder and party in interest along with a copy of the proposed Disclosure Statement and proposed Plan of Reorganization.

**ORDERED** that this mailing be completed within **FIVE** days from the date of the entry of this Order and the attorney for the debtor shall file a Certificate of Service with the Court.

**ORDERED** this the 26TH day of August, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

```
District/off: 0538-3          User: ksimmons              Page 1 of 1         Date Rcvd: Aug 26, 2005
Case: 05-00150                Form ID: pdf012             Total Served: 3

The following entities were served by first class mail on Aug 28, 2005.
db         +MEDFORCE MANAGEMENT, LLC,    P O BOX 345,    SUMRALL, MS 39482-0345
aty         Craig M. Geno,    Harris & Geno, PLLC,    P. O. Box 3380,    Ridgeland, MS  39158-3380
ust        +R. Michael Bolen,    100 W. Capitol St.,    Suite 706,    Jackson, MS 39269-1602

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2005**                     Signature:  _Joseph Speetjens_