## United States Bankruptcy Court

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON, MISSISSIPPI 39225-2448

CHARLENE J. KENNEDY
CLERK
(601) 965-5301

MAILING ADDRESS:
P. O. DRAWER 2448

STREET ADDRESS:
ROOM 101
100 EAST CAPITOL STREET

HON CRAIG M GENO
HON JEFF TYREE
HON MELANIE VARDAMAN
HARRIS & GENO PLLC
P O BOX 3380
RIDGELAND MS   39158-3380

HON RONALD H MCALPIN
ASSISTANT U S TRUSTEE
A H MCCOY FEDERAL BUILDING
SUITE 706
100 WEST CAPITOL STREET
JACKSON MS   39269

IN RE:  MEDFORCE MANAGEMENT, LLC
        In Bankruptcy Case No. 05-0150

NOTICE IS HEREBY GIVEN that there will be a Status Conference re the Disclosure Hearing in regard to the above referenced case on **TUESDAY, OCTOBER 18, 2005 AT 1:30 O'CLOCK P.M.** or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

PLEASE NOTIFY YOUR CLIENTS OF THIS STATUS CONFERENCE.

DATED:  October 12, 2005.

EDWARD ELLINGTON
U. S. BANKRUPTCY JUDGE