IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **MEDFORCE MANAGEMENT, LLC**
             **Case No. 05-00150-ee**

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 6 2006
CHARLENE J. KENNEDY, CLERK
BY_____DEPUTY

## ORDER FIXING TIME FOR HEARING ON THE
## FIRST AMENDED DISCLOSURE STATEMENT COMBINED
## WITH NOTICE OF HEARING

This Court, having considered the proposed First Amended Disclosure Statement filed by the Debtor-in-Possession on March 28, 2006 pursuant to §1125(b), it is

**ORDERED** that a copy of the proposed First Amended Disclosure Statement and First Amended Plan of Reorganization shall be transmitted to all creditors, shareholders and parties in interest; and it is further

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** a hearing shall be held on **Tuesday** the **25th** day of **July, 2006**, at **1:30 P.M.** at the **Bankruptcy Courtroom, 100 East Capitol Street, Room 106, Jackson, Mississippi,** to consider and to rule on the adequacy of the information contained in the proposed First Amended Disclosure Statement and to hear any other matters properly before this Court; and it is further

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** any person objecting to the adequacy of the information contained in said First Amended Disclosure Statement or desiring to propose modification thereto shall submit such objections or proposed modifications to the Court, in writing, on or before the **20th** day of **July, 2006**, and shall serve a copy thereof upon the debtor's attorney, **Hon. Derek Henderson, 111 E. Capitol Street, Suite 455, Jackson, MS 39201**.

**ORDERED** that the attorney for the Debtor-in-Possession shall cause to be mailed a copy of this Order to each creditor, shareholder and party in interest along with a copy of the proposed First Amended Disclosure Statement and proposed First Amended Plan of Reorganization.

**ORDERED** that this mailing be completed within **FIVE** days from the date of the entry of this Order and the attorney for the debtor shall file a Certificate of Service with the Court.

**ORDERED** this the _____ day of June, 2006.

_____
UNITED STATES BANKRUPTCY JUDGE