```
                                              U.S. BANKRUPTCY COURT
                                            SOUTHERN DISTRICT OF MISSISSIPPI
                                                     FILED
IN THE UNITED STATES BANKRUPTCY COURT FOR THE
       SOUTHERN DISTRICT OF MISSISSIPPI          JUN - 7 2006
              JACKSON DIVISION
                                              CHARLENE J. KENNEDY, CLERK
                                              BY_____DEPUTY
```

IN THE MATTER OF:                    CASE NO. 05-00150-EE

MEDFORCE MANAGEMENT, LLC


### ORDER TO SET ASIDE ORDER FIXING TIME
### FOR HEARING ON DISCLOSURE STATEMENT
### COMBINED WITH PRELIMINARY HEARING NOTICE THEREOF

This day this cause came on to be heard on the Court's own motion to set aside the *Order Fixing Time for Hearing on Disclosure Statement Combined with Preliminary Hearing Notice Thereof* entered June 6, 2006, inasmuch as the Order Fixing Time was entered in error, with the Disclosure Statement hearing having been held on May 16, 2006.

The Court having considered same, finds that the Order Fixing Time entered on June 6, 2006, should be set aside.

**SO ORDERED** this the ___7th___ day of June, 2006.

```
                            _____
                            EDWARD ELLINGTON, JUDGE
                            U.S. BANKRUPTCY COURT
```