IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 7 2006
CHARLENE J. KENNEDY, CLERK
BY_____DEPUTY

In the Matter of:   **MEDFORCE MANAGEMENT, LLC**
**BANKRUPTCY CASE # 05-00150-ee**

**Order Approving First Amended Disclosure Statement and Fixing Time For Filing Acceptances or Rejections of the First Amended Plan of Reorganization Combined with a Notice of Hearing**

A *First Amended Disclosure Statement* under Chapter 11 of the Bankruptcy Code having been filed by the Debtor-in-Possession on March 28, 2006, referring to a *First Amended Plan of Reorganization* under Chapter 11 of the Code filed by said Debtor on March 28, 2006, and

It having been determined after hearing on notice that the First Amended Disclosure Statement contains adequate information;

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN THAT:**

(A) The First Amended Disclosure Statement filed on March 28, 2006, is approved.

(B) The **20TH** day of **July, 2006**, is fixed as the last day for filing objections to the confirmation of the first amended Plan of Reorganization filed on March 28, 2006.

(C) Hearing on Confirmation of the first amended Plan of Reorganization will be held on **July 25, 2006** at **1:30 P.M.**, in the **Bankruptcy Courtroom, Room 106, 100 E. Capitol Street, Jackson, Mississippi**.

(D) The Attorney for the Debtor-in-Possession shall cause to be mailed to each creditor, shareholder and party in interest, a copy of the following:

(1) This Order
(2) The approved First Amended Disclosure Statement filed March 28, 2006
(3) The First Amended Plan of Reorganization filed March 28, 2006
(4) A ballot form for voting on the acceptance or rejection of the Plan of Reorganization, **which should be returned to the Attorney rather than to the Court.**

(E) This mailing shall be completed within **five** days from the date of the entry of this Order and that the Attorney for the Debtor file a Certificate of Service with the Court.

**SO ORDERED** this the 7th day of June 2006, in Jackson, Mississippi.

EDWARD ELLINGTON
UNITED STATES BANKRUPTCY