Case Name    **Medforce Management, LLC d/b/a Willow Creek Retirement Center**

U.S. BANKRUPTCY COURT
DISTRICT OF MS
FILED

Case Number   05-00150   For Period   August 1   to   August 31   06 SEP 29 PM 3:06

CHARLENE J KENNEDY
CLERK

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

*Post Confirmation*

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|

(mark only one - attached or waived)

| | | |
|---|---|---|
| { } | { } | Comparative Balance Sheet (FORM 2-B) |
| { } | { } | Profit and Loss Statement (FORM 2-C) |
| { } | { } | Cash Receipts and Disbursements Statement (FORM 2-D) |
| { } | { } | Supporting Schedules (FORM 2-E) |
| { } | { } | Narrative (FORM 2-F) |
| { } | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 9-26-06
(date)

Debtor(s)*    Medforce Management, LLC
d/b/a Willow Creek Retirement Center

By:**    [signature]

Position:    Member

Name of preparer:    Sandy Lindsey, CFO

Telephone No. of Preparer    601-758-1989

\* both debtors must sign if a joint petition
\*\* for corporate or partnership debtor

FORM 2-A
01/04

CASE NAME: Medforce Management, LLC d/b/a Willow Creek Retirement Center     CASE NUMBER: 05-00150

## QUARTERLY FEE SUMMARY

MONTH ENDED ___ August, 2006 _____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 623,868 | | | |
| February | $ 432,702 | | | |
| March | $ 629,044 | | | |
| Total 1st Quarter | $ 1,685,614 | $ 5,000 | | |
| April | $ 462,837 | | | |
| May | $ 452,903 | | | |
| August | $ 524,074 | | | |
| Total 2nd Quarter | $ 1,439,814 | $ 5,000 | | |
| July | $ 492,979 | | | |
| August | $ 441,944 | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

### FEE SCHEDULE

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| Less than $15,000.00 | $250 |
| $15,000 - $74,999.99 | $500 |
| $75,000 - $149,999.99 | $750 |
| $150,000 - $224,999.99 | $1,250 |
| $225,000 - $299,999.99 | $1,500 |
| $300,000 - $999,999.99 | $3,750 |
| $1,000,000 - $1,999,999.99 | $5,000 |
| $2,000,000 - $2,999,999.99 | $7,500 |
| $3,000,000 - $4,999,999.99 | $8,000 |
| $5,000,000 and above | $10,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.